No. D–1748. IN RE DISBARMENT OF D'AMBROSIO. Vincent T. D'Ambrosio, of Brooklyn, N. Y., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.